■ OWEN A. MANDEVILLE, INC., Respondent, v. LORRAINE ZAH et al., Defendants, and EDWARD F. X. RYAN et al., Appellants.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.